UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN BOSCARINO, et al.,

    Plaintiffs,

v.                                                  Case No. 21-10899
                                                    Hon. Denise Page Hood

THE AUTO CLUB GROUP,

    Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on April 28th, 2023, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 28th day of April, 2023.

                                                                KINIKIA D. ESSIX
                                                                CLERK OF THE COURT

                                                                BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood_____
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE